## Albert Mann, Delores Mann, and Delores Robertson, Appellants, v. Donald Matz, Appellee.

### Gen. No. 45,413.

Edward D. Feinberg, and Max M. Simpson, for appellants; Raymond K. Fried, of counsel; John J. Maciejewski, for appellee; Charles D. Snewind, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 21, 1952; rehearing denied February 4, 1952; released for publication February 5, 1952.